The People of the State of New York, Respondent, v. Frank J. Yockel, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the December term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

Helen H. Siegel, as Receiver of the Property of Ernest Erickson, Respondent, v. Mount Vernon Dyecasting Corporation, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

Margaret Strecker, Doing Business as Manhattan Lumber Company, Respondent, v. Kew Gardens Realty Associates, Inc., and Fidelity and Deposit Company of Maryland, Appellants.— The decision of this court handed down on October 3, 1930, ▌ is hereby amended to read as follows: Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

William F. Brunner, Inc., Appellant, v. Charles Albert Co., Inc., Respondent.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

Daniel R. Davis and Henry J. Rogers, Appellants, Respondents, v. Robert MacIntosh, as Supervisor, Walter I. Jones, as Town Clerk, and Claude C. Neville and Others, as Justices of the Peace of Said Town, as and Together Constituting the Town Board of the Town of Brookhaven, in Suffolk County, New York, Respondents, Appellants.— Judgment reversed upon the law and the facts, with costs to appellants, respondents, and judgment directed for plaintiffs, with costs, for the relief demanded in the complaint. In our opinion the election was irregularly and illegally conducted. Order affirmed, without costs. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lazansky, P. J., Rich, Young and Carswell, JJ., concur; Hagarty, J., dissents from the reversal of the judgment but concurs in the affirmance of the order. Settle order on notice.